

# Franklin County Sheriff's Office
403 E Main ST
BENTON, IL 62812
Phone 618-438-8211 Fax 618-438-0306

## Incident / Offense Report
### 28-14-000443

Print Date/Time:
4/01/2015  19:31

| | |
|---|---|
| **Narrative Type:** Arrest Narrative | **Topic:** |
| **Narrative Officer:** Roye, Kevin 2816 | **Narrative Date/Time:** 3/08/2014  02:04 |

On 03-07-2014, at about 11:12 p.m., I, Deputy Kevin Roye, along with Deputies Brice Shaffer and Chris Hampton, were dispatched to Deering Rd., north of West Frankfort. We were advised that Kayla D. Hopkins called 911 and advised that she was in her vehicle and was being "chased" by SAMANTHA J. MENDENHALL, who was in a maroon Nissan Armada. We then were advised that Kayla had just went off the road and was stuck in a ditch. Samantha had left the scene.

I located Kayla on Deering Rd., approx. 1 mile south of Ruembler's Crossing. She was not injured and there did not appear to be any damage on her vehicle. At this point, Deputies Shaffer and Hampton arrived on scene. We were then advised that Samantha had called the Sheriff's Office and stated that she was at her residence, located at 14613 Gossett Rd. West Frankfort. Deputies Shaffer and Hampton proceeded there to speak with her.

I asked Kayla what had happened and she told me the following. Kayla explained that she had been in a relationship with Samantha until yesterday. Kayla said that she had broke up with Samantha. Kayla said that she had some belongings of Samantha and was going to return them. Kayla said that she did not want to go to Samantha's because of Samantha's husband, Jeffery, who was living there. Kayla said that she asked Samantha to meet her out on Gossett Rd., which she agreed to do so. When she arrived, Samantha was in a maroon Nissan Armada. Kayla said that she could someone else in the vehicle but did not know who it was. She said that Samantha approached her driver's side window and she asked who was in the vehicle. She said that Samantha told her "don't worry about it." Kayla said that she became frightened and thought something bad was about to happen. Kayla said that she sped away and Samantha got in her vehicle and began chasing her. Kayla said that turned onto Wilburn Rd. and Samantha cut her off. Kayla said that she backed into a driveway, in attempt to get away from her. She said that Samantha attempted to pull in front of her but Kayla was able to drive around her. Kayla said that she drove away from Samantha but she continued to follow her. She said that Samantha on three different occasions, passed her, and then would ride her brakes trying to get her to stop. When Kayla would attempt to pass her to get away from her, she said that Samantha would swerve at her, causing her to nearly go off the road. Kayla said that she ended up back on Deering Rd. and was going northbound. She said that Samantha got back in front of her again. Kayla said that she tried to pass Samantha, who swerved toward her, causing Kayla to go off the roadway and into a ditch. She said that Samantha turned around and stopped. She said that she ran up to her driver's door and began knocking on the window. Kayla said that she had her doors locked and was on 911. Samantha saw that she was on the phone and left.

I checked Kayla's vehicle again for damage and did not see any signs of anything. I asked Kayla why she waited so long to call 911 or why she would try to pass Samantha instead of going the other way. Kayla said that she was scared of what might happen and was just trying to get back to Benton. I asked if she wanted to sign a complaint. She said that she did. I obtained a written statement from her and then contacted Abbott's Towing per her request for a pull out.

Deputy Shaffer contacted me by cell phone and advised what Samantha had told him. She said that she agreed to meet Kayla to get her belongings. She said that Kayla took off and ran over her foot. Samantha said that she was only following her to get her to stop, so she could get her things, mainly her checkbook and banking information, which said that Kayla has. She said that when Kayla went off the roadway, she went back to check on her but she would not roll down her window or get out. Samantha also said that her sister, Misty D. Reese, was in the vehicle during this time. Deputy Shaffer said that when he asked Misty about the incident, her only response was "what she said."

At this point, I spoke to Kayla and asked about the belongings. She showed me the belongings, which were perfume, a chocolate rose, a coffee cup, some court documents and a State Bank of Whittington Binder that contained general information on their banking. I asked about the checkbook and banking information. Kayla said that she had given that to Samantha yesterday. I asked if she had run over Samantha's foot. She said that she never made contact with Samantha. I contacted Deputy Shaffer back and advised him to take Samantha into custody for Reckless Conduct. He placed her under arrest and transported to the Franklin County Jail. Abbott Towing arrived and pulled Kayla's vehicle from the ditch. She was able to drive it away. I then proceeded to the Jail to speak with Samantha.

At the Jail, I asked Samantha if she wished to write a statement. She advised that she did. At 1:12 a.m., I advised



**Franklin County Sheriff's Office**
403 E Main ST
BENTON, IL 62812
Phone 618-438-8211 Fax 618-438-0306

**Incident / Offense Report**
**28-14-000443**

Print Date/Time:
4/01/2015  19:31

Samantha of her Miranda Warning, which she stated that she understood her rights. She then completed a written statement. She then asked if I had located her checkbook or bank statements. I told her that there was none in Kayla's vehicle and that Kayla had said that she had returned them to her, which she denied. She then asked if I went to Kayla's house to look in her safe. I told her that I had no reason to do that, even though Kayla had told me that I could if I wanted. I then told Samantha that she might contact her bank and advise them of the incident. I then remanded Samantha to the Jail Staff for processing. END