

# Franklin County Sheriff's Office
403 E Main ST
BENTON, IL 62812
Phone 618-438-8211 Fax 618-438-0306

## Incident / Offense Report
### 28-14-000443

Print Date/Time:
11/29/2016 00:44

| | |
|---|---|
| **Narrative Type:** Arrest Narrative | **Topic:** Violation Of An O.P. |
| **Narrative Officer:** Shaffer, Brice 286 | **Narrative Date/Time:** 3/08/2014 02:28 |

j
On March 7th 2014 at about 11:39 pm, Deputy Christopher Hampton and I (Deputy Brice Shaffer), responded to 14613 Gossett Rd in West Frankfort, to speak with Samantha Mendenhall regarding a complaint made by Kayla D Hopkins. For further information read Deputy Kevin Roye's initial report.

Upon arrival on-scene at 14613 Gossett Rd, I was met by Samantha and her husband Jeffery W Mendenhall in the driveway of the residence. Samantha was brought into custody and transported to the Franklin County Jail by myself.

Once at the office I was informed that Samantha had a active Emergency Order of Protection (14-OP-52), with Jeffery as the respondent. Shortly thereafter Jeffery came to the Franklin County Jail to bond Samantha out of jail. I informed Jeffery that being at the residence at 14613 Gossett Rd a protected address, and being within 500 ft of Samantha was a violation of the Emergency Order of Protection. Jeffery was then placed under arrest for Unlawful Violation of an Order of Protection, and escorted to the jail by myself. Jeffery was given a Non-Traffic Complaint for Unlawful Violation of an Order of Protection, and was left in the care of the correctional staff for processing.
End of Report.



PLAINTIFF'S EXHIBIT 7 6-27-17