IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JEFF MENDENHALL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No.  16-245-SCW |
| | ) | |
| FRANKLIN COUNTY, ILLINOIS AND BRICE SHAFFER, | ) | |
| | ) | |
| Defendants | ) | |

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | |
| | ) | SS. |
| COUNTY OF | ) | |

## AFFIDAVIT

TIMOTHY MCGUIRE, being first duly sworn upon his oath deposes and states:

1.　　That he is an adult, legally competent to execute this Affidavit.

2.　　That he is the Franklin County LEADS Agency Coordinator.

3.　　That he is responsible and familiar with the operation and access to the LEADS System for Franklin County Sheriff's Department.

4.　　That LEADS is the Law Enforcement Agency Data System.

5.　　That on March 7, 2014, there was an active Order of Protection naming Jeff Jeff Mendenhall as a Respondent of an Order of Protection issued in Franklin County naming Samantha Mendenhall as a protected person.

6.　　That the Order of Protection issued against Jeff Mendenhall naming Samantha Mendenhall as a protected person was in effect within the LEADS System on

March 7, 2014, and remained in the LEADS System indicating an active Order of

Protection until it was dismissed by Judge Stanley on March 10, 2014.

FURTHER, THE AFFIANT SAYETH NOT.

Timothy McGuire

Subscribed and sworn to before me
this 12 day of July, 2017.

Notary Public

OFFICIAL SEAL
JOSEPH A BLEYER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/26/21