IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEFF MENDENHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | NO. 16-245-SCW |
| ) | |
| FRANKLIN COUNTY, ILLINIS and ) | |
| BRICE SHAFFER, ) | |
| ) | |
| Defendants, ) | |

## JUDGMENT IN A CIVIL CASE

Count III of Plaintiff's Amended Complaint against Defendant **BRICE SHAFFER** was dismissed with prejudice by an Order entered by Magistrate Judge Stephen C. Williams on September 14, 2017 (Doc.35).

Counts I and II of the Complaint were remanded to the Circuit Court for the Second Judicial Circuit in Franklin County, Illinois by an Order entered by Magistrate Judge Stephen C. Williams on September 14, 2017 (Doc. 35).

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant **BRICE SHAFFER** and against Plaintiff **JEFF MENDENHALL as to Count III of Plaintiff's Amended Complaint**. All remaining issues are **REMANDED** to the Circuit Court for the Second Judicial Circuit in Franklin County IL.

**DATED**: September 14, 2017

                JUSTINE FLANAGAN, ACTING CLERK

              BY: <u>S/Angela Vehlewald</u>
                 **Deputy Clerk**

Approved by: <u>s//Stephen C. Williams</u>
      United States Magistrate Judge
        Stephen C. Williams